# Court of Appeals
# of the State of Georgia

ATLANTA,____July 11, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0436. MIKE REDFORD v. THE STATE.**

Mike Redford, who is facing multiple charges of aggravated stalking, served subpoenas on the district attorney. The trial court quashed the subpoenas, and Redford filed a motion to set aside that ruling. On May 24, 2016, the trial court denied the motion to set aside. Redford then filed this application for discretionary appeal. The State has filed a motion to dismiss.

Because Redford's criminal case remains pending, the trial court's May 24 order is interlocutory. In order to appeal this ruling, Redford was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b). Specifically, Redford was required to obtain a certificate of immediate review.[1] See OCGA § 35-6-34 (b); *Sosniak v. State*, 292 Ga. 35, 37 (2) (734 SE2d 362) (2012). Redford's failure to obtain a certificate of immediate review deprives this Court of jurisdiction to consider this matter. Accordingly, the State's motion to dismiss is hereby GRANTED, and this application is DISMISSED.

---

[1] Redford apparently sought a certificate of immediate review, but the trial court did not certify the ruling for immediate appeal.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____07/11/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*